USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BRISA LINES, S.A., : 08 Civ. 10307 (SHS)

                Plaintiffs, :

   -against- : ORDER

PRINCE KARIM SHIPPING LTD., *ET AL.*, :

                Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next conference is scheduled for April 24, 2009, at 12:00 p.m.

Dated: New York, New York
       March 27, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.